**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

        \*      **IN THE**

        \*      **COURT OF APPEALS**

        \*      **OF MARYLAND**

**v.**

        \*      **Misc. Docket AG No. 98**

**PHILIP B. ZIPIN**

        \*      **September Term, 2019**

## O R D E R

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Philip B. Zipin, it is this 8th day of June, 2020,

**ORDERED**, that the Respondent, Philip B. Zipin, be and he hereby is, reprimanded for violating Rules 1.1, 1.3, and 8.4(d) of the Maryland Attorneys' Rules of Professional Conduct.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk